UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MORENO RAMIREZ,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF FRESNO; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: 1:22−CV−00314−AWI−SKO<br><br>**ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>**(Doc. 15)** |

## **ORDER**

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the parties' Stipulation for Leave to File a First Amended Complaint (Doc. 15) is **GRANTED** and the Plaintiff is granted leave to file a First Amended Complaint specifically for the purpose of replacing Doe Defendants 1-2 with the names of Nicholas Gilmore and Jacob Woesner.  **The First Amended Complaint SHALL be filed by no later than seven (7) days of the date of this order.**

Defendants' responsive pleading shall be due twenty-one (21) days from service of the First Amended Complaint.

IT IS SO ORDERED.

Dated:   **October 12, 2022**          /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE