# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JOSE MORENO RAMIREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF FRESNO; NICHOLAS GILMORE; JACOB WOESNER; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 1:22-cv-00314-ADA-SKO<br><br>**ORDER RE: JOINT STIPULATION TO MODIFY THE COURT'S SCHEDULING ORDER TO CONTINUE CERTAIN PRE-TRIAL DEADLINES**<br><br>**(Doc. 34)** |

Good cause appearing to the Court from the stipulation between the Parties (Doc. 34), the Scheduling Order (Doc. 14) is hereby MODIFIED as set forth below:

| **Discovery Deadlines:** | |
|---|---|
| Non-Expert Discovery | October 6, 2023 |
| Expert Disclosures | October 9, 2023 |
| Rebuttal Expert Disclosures | October 23, 2023 |
| Expert Discovery | November 4, 2023 |
| **Non-Dispositive Motion Deadlines:** | |

| **Filing** | January 3, 2024 |
|---|---|
| **Hearing** | February 7, 2024 |
| **Dispositive Motion Deadlines:** | |
| **Filing** | January 3, 2024 |
| **Hearing** | February 12, 2024[1] |
| **Pre-Trial Conference:** | July 15, 2024, at 1:30 pm in Courtroom 1[2] |
| **Trial:** | September 17, 2024, at 8:30 am in Courtroom 1 |

IT IS FURTHER ORDERED: Counsel are to meet and confer and discuss the advantages of and possibilities for settlement with each other, and with their respective clients, to help ensure that a Settlement Conference will be productive. **By June 18, 2024, or 90 days before trial, whichever is later**, the parties shall jointly email Courtroom Deputy Wendy Kusamura at WKusamura@caed.uscourts.gov to schedule a settlement conference.  An "Order re Settlement Conference" will be issued prior to the settlement conference setting forth the requirements for the settlement conference.

IT IS SO ORDERED.

Dated:   **July 10, 2023**               /s/ *Sheila K. Oberto*
                                                      UNITED STATES MAGISTRATE JUDGE

---

[1] The assigned district judge conducts law and motion hearings on Mondays at 1:30. The deadline was advanced accordingly.

[2] In order to provide the assigned district judge time to rule on dispositive motions and for the parties to prepare, the Pre-Trial Conference and the Trial dates have been continued.