1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  CATHERINE WOODBRIDGE, State Bar No. 186186
   Supervising Deputy Attorney General
3  DAVID GONZALEZ, State Bar No. 333121
   Deputy Attorney General
4  2550 Mariposa Mall, Room 5090
   Fresno, CA  93721
5   Telephone:  (559) 705-2359
    Facsimile:   (559) 445-5106
6   E-mail: David.Gonzalez@doj.ca.gov

7

8  **UNITED STATES DISTRICT COURT**

9  **FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

10

11

12  JOSE MORENO RAMIREZ                    Case No. 1:22-cv-00314-KES-SKO

13                                          NOTICE OF DISASSOCIATION OF
                                            COUNSEL
14

15  JOSE MORENO RAMIREZ

16                         Plaintiff,

17       v.

18

19

20  COUNTY OF FRESNO; and DOES 1-10,
    inclusive,
21
                           Defendants.
22

23

24

25

26  / / /

27  / / /

28  / / /

1

TO ALL PARTIES, THEIR COUNSEL OF RECORD, AND TO THIS COURT:

NOTICE IS HEREBY GIVEN, Attorney David Gonzalez is no longer counsel of record for Defendant County of Fresno.

Please remove the following from your service list:

David Gonzalez, Esq.
Attorney General's Office
California Department of Justice
Civil Division-Tort & Condemnation Section
2550 Mariposa Mall, Room 5090
Fresno, CA 93721
Telephone:  (559) 705-2359
Facsimile:  (559) 445-5106
E-mail: David.Gonzalez@doj.ca.gov

Aleshire & Wynder, LLP and the remaining listed counsel remain counsel of record for Defendant County of Fresno.

Dated:  March 14, 2024                    Respectfully Submitted,

                                          ROB BONTA
                                          Attorney General of California
                                          CATHERINE WOODBRIDGE
                                          Supervising Deputy Attorney General

                                          DAVID GONZALEZ
                                          Deputy Attorney General

## CERTIFICATE OF SERVICE

Case Name:  **Jose Moreno Ramirez**                    No.   **1:22-cv-00314-KES-SKO**

I hereby certify that on March 15, 2024, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

### NOTICE OF DISASSOCIATION OF COUNSEL

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on March 15, 2024, at Fresno, California.

|  J. Vinton  |  */s/ J. Vinton*  |
|  ---  |  ---  |
|  Declarant  |  Signature  |

SA2022304670
95558077.docx