LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MORENO RAMIREZ,<br><br>            Plaintiff,<br><br>     vs.<br><br>COUNTY OF FRESNO; and DOES 1-10, inclusive,<br><br>            Defendants. | Case No.: 1:22−CV−00314−NODJ−SKO<br><br>[Honorable Sheila K. Oberto]<br><br>**JOINT STATUS REPORT REGARDING STAY** |

  Pursuant to the Court's Order (Doc. # 37) the Parties hereby submit the following joint report:

  Plaintiff has now resolved both of his criminal cases which was the basis for staying the proceedings. The criminal case related to the instant action was ultimately dismissed.

  Now that the related criminal case has been resolved, Plaintiff requests that the stay be lifted. The deadlines previously set forth by the Court in the operative

- 1 -
_____
JOINT STATUS REPORT

case schedule (see Doc. [35]) were previously vacated in the Court's Order granting Plaintiff's motion to stay the proceedings. See Doc. [37]. Accordingly, the parties request that the stay be lifted and are ready to proceed with the matter in this Court. The parties propose the following new case schedule:

| Discovery Deadlines | Deadline |
|---|---|
| Non Expert Discovery | December 31, 2024 |
| Expert Disclosures | January 31, 2025 |
| Rebuttal Expert Discovery | February 14, 2025 |
| Expert Discovery | March 14, 2025 |
| **Non-Dispositive Motion Deadlines** | **Deadline** |
| Filing | March 14, 2025 |
| **Dispositive Motion Deadlines** | **Deadline** |
| Filing | April 30, 2025 |
| **Pre-Trial Conference** | **Deadline** |
| Conference | July 14, 2025 at 8:30 a.m. |
| **Trial** | **Deadline** |
| Hearing | September 29, 2025 at 8:30 a.m. (4-7 Trial Days) |

///
///
///
///
///
///
///

- 2 -

| | | |
|---|---|---|
| DATED: April 25, 2024 | | LAW OFFICES OF DALE K. GALIPO |

By  */s/ Eric Valenzuela*
     Dale K. Galipo
     Eric Valenzuela
     Attorneys for Plaintiffs

Dated: April 25, 2024                ALESHIRE & WYNDER

By:    */s/ Roy C. Santos*
       Roy C. Santos
       Attorneys for Defendants