1  LAW OFFICES OF DALE K. GALIPO
   ERIC VALENZUELA, State Bar No. 284500
2  evalenzuela@galipolaw.com
   21800 Burbank Boulevard, Suite 310
3  Woodland Hills, California 91367
   Telephone: 818.347.3333
4  Facsimile: 818.347.4118

5  Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| JOSE MORENO RAMIREZ, | CASE NO.: 1:22−CV−00314−AWI−SKO |
|---|---|
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| COUNTY OF FRESNO; and DOES 1-10, inclusive, | [Proposed] Order *filed concurrently herewith* |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective attorneys of record, and pursuant to Federal Rules of Civil Procedure 41(a)(2), that this Court enter a Dismissal of the entire action, case number 1:22−CV−00314−AWI−SKO with prejudice. Each party to bear their own costs and attorneys' fees.

**IT IS SO STIPULATED.**

DATED: October 10, 2024          **LAW OFFICES OF DALE K. GALIPO**

By: /s/ *Eric Valenzuela*
Eric Valenzuela
Attorneys for Plaintiff

DATED: October 10, 2024          **Aleshire & Wynder, LLP**

By: /s/ *Roy C. Santos*
Roy C. Santos
Attorneys for Defendants