1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MORENO RAMIREZ,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF FRESNO; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: 1:22−CV−00314−AWI−SKO<br><br>**[PROPOSED] ORDER REGARDING STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

# ORDER

Upon reviewing the parties' Joint Stipulation to Dismiss, said motion is hereby granted. Accordingly, IT IS HEREBY ORDERED that this entire action is dismissed with prejudice. Each party to bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: _____, 2024

_____
Honorable Sheila K. Oberto
United States Magistrate Judge